```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

ALICE MAE PERRYMAN, :
:
    Plaintiff, :
:
v. : CIVIL ACTION 07-0715-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Alice Mae Perryman.

DONE this 29th day of April, 2008.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE